IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CV-535-M

| | | |
|---|---|---|
| CRYSTAL BRISCOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's unopposed motion to stay deadlines or, alternatively, to extend the deadline for Defendant to answer or otherwise respond to the complaint for thirty (30) days due to a lapse in appropriations to the Department of Justice. [DE-8]. For good cause shown, the motion is allowed, and the deadline for Defendant to answer or otherwise respond to the complaint is extended to **Friday, December 5, 2025**.

SO ORDERED, the 28th day of October, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge